UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*************************************************

| | |
|---|---|
| Jamie B. Sharps ) | |
| ) | Docket No. _____ |
| v. ) | |
| ) | |
| Shenzhen Tejiali Technology Co., Ltd. ) | |
| and Amazon.com Services, LLC ) | |
| ) | |

*************************************************

## COMPLAINT

### PARTIES

1.      The plaintiff, Jamie Sharps, resides at 17 Sharps Lane, Ashland, New Hampshire 03217

2.      Defendant Shenzhen Tejiali Technology Co., Ltd. is a Chinese entity with a principal place of business at 12f29-31, Fuji Land Building, 6018 Longgang Avenue, Shenzhen, Guangdong, China.

3.      Defendant Amazon.com Services, LLC is a California limited liability company with a principal place of business located at 410 Terry Avenue North, Seattle, King County, Washington.

### JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, since the plaintiff and the defendants are citizens of different states or countries; the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), excluding interest and costs; and there is complete diversity of citizenship between the plaintiff and the defendants.

5. This Court has personal jurisdiction over the defendants because the defendants purposely and intentionally conduct business in New Hampshire and their contacts with New Hampshire are connected to this litigation.

6. Venue is proper in the District of New Hampshire based on 28 U.S.C. §1391(b)(2).

**FACTUAL BACKGROUND**

7. On November 12, 2023, Jamie Sharps placed an order through the website Amazon.com for a pair of Tajarly Heated Insoles. The receipt Mr. Sharps received from Amazon.com identified the order as "Amazon.com order number: 112-3320632-0400212."

8. Mr. Sharps received a package from Amazon at his home in New Hampshire on November 14, 2023 containing a cardboard box labeled "Amazon." Inside the cardboard box was the pair of Tajarly Heated Insoles Mr. Sharps had ordered from Amazon.com.

9. On Monday, November 20, 2023, Mr. Sharps placed the Tajarly insoles in his boots, put the boots on his feet, laced his boots up to the top rung, and tied the laces.

10. Shortly thereafter, Mr. Sharps and his father were at a neighbor's property located at the intersection of Route 175 and Route 3 in Holderness, New Hampshire loading lumber into the back of a pick up truck when Mr.

2

Sharps suddenly and without any warning experienced a searing, burning pain in his right heal.

11.    Mr. Sharps saw smoke coming from the back heal area of his right boot.  Mr. Sharps urgently untied the boot and removed it from his foot.  He immediately saw that the heel of his sock was burning and smoking.

12.    Mr. Sharps quickly removed the sock from his right foot and his father helped him into the passenger seat of the pick up truck.  While seated in the truck, and before they drove off, Mr. Sharps took the following photograph of his foot with his cell phone, which is time stamped at 9:30am:



13.    Mr. Sharps' father then drove him to Speare Memorial Hospital, where he was evaluated and immediately deemed to need a higher level of care. He waited for hours at Speare Memorial Hospital until he learned that Brigham & Women's Hospital in Boston, Massachusetts had an open bed.  Mr. Sharps' girlfriend drove him to Boston.

14.    Mr. Sharps was admitted to Brigham & Women's Hospital and has undergone multiple surgical procedures, including extensive skin grafting, to address his burns.

15.    Mr. Sharps has been unable to work since the incident and his mobility has been severely impaired.  He also has significant, permanent scarring and disfigurement.

### COUNT I
### (Strict Liability - Shenzhen Tejiali Technology Co., Ltd. )

16.    The plaintiff incorporates by reference each of the foregoing paragraphs.

17.    At all times relevant, defendant Shenzhen Tejiali Technology Co., Ltd. was engaged in the business of designing, manufacturing, and selling Tajarly Heated Insoles, including the ones that caused Mr. Sharps' injuries.

18.    Defendant Shenzhen Tejiali Technology Co., Ltd. designed, manufactured, and sold the Tajarly Heated Insoles that caused Mr. Sharps' injuries.

19.     The Tajarly Heated Insoles were sold in a defective and unreasonably dangerous condition in that they unexpectedly caused thermal injuries to a user under normal and expected use.

20.     As a direct and proximate result of the defective and unreasonably dangerous condition of the Tajarly Heated Insoles sold to Jamie Sharps, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

21.     As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

22.     Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

## COUNT II
### (Breach of Implied Warranty of Merchantability - Shenzhen Tejiali Technology Co., Ltd.)

23.     The plaintiff incorporates by reference each of the foregoing paragraphs.

24.     Shenzhen Tejiali Technology Co., Ltd. breached its implied warranty of merchantability by selling the Tajarly Heated Insoles which were unfit for their ordinary purposes in that they unexpectedly caused thermal injuries to a user under normal and expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

25.     As a direct and proximate result of the unfit condition of the Tajarly Heated Insoles, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

26.     As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

27.     Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

**COUNT III**
**(Breach of Implied Warranty of Fitness for**
**Particular Purpose - Shenzhen Tejiali Technology Co., Ltd.)**

28.    The plaintiff incorporates by reference each of the foregoing paragraphs.

29.    Shenzhen Tejiali Technology Co., Ltd. breached its implied warranty of fitness for a particular purpose by selling the Tajarly Heated Insoles, which were unfit for the purposes for which they were required in that they unexpectedly caused thermal injuries to a user under normal and expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

30.    As a direct and proximate result of the unfit condition of the Tajarly Heated Insoles, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

31.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

32.     Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

## COUNT IV
### (Negligence - Shenzhen Tejiali Technology Co., Ltd.)

33.     The plaintiff incorporates by reference each of the foregoing paragraphs.

34.     Shenzhen Tejiali Technology Co., Ltd. had a duty to use reasonable care in designing and manufacturing the Tajarly Heated Insoles to avoid distributing and selling them in an unreasonably dangerous condition.

35.     Shenzhen Tejiali Technology Co., Ltd. breached this duty by selling the Tajarly Heated Insoles when it knew or should have known that they were in a defective and unreasonably dangerous condition in that they unexpectedly caused thermal injuries to a user under normal and expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

36.     As a direct and proximate result of the defendant's breach, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

8

37.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

38.    Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

### COUNT IV
### (Willful or Wanton Misconduct - Enhanced Damages - Shenzhen Tejiali Technology Co., Ltd.)

39.    The plaintiff incorporates by reference each of the foregoing paragraphs.

40.    Shenzhen Tejiali Technology Co., Ltd. had a duty to use reasonable care in designing and manufacturing the Tajarly Heated Insoles to avoid distributing and selling them in an unreasonably dangerous condition.

41.    Shenzhen Tejiali Technology Co., Ltd. breached this duty, and engaged in wanton or reckless misconduct, by selling the Tajarly Heated Insoles when it knew that they unexpectedly caused thermal injuries to users under normal and expected use and that they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to

prevent harm to those using the insoles in a foreseeable manner.

42.    As a direct and proximate result of the defendant's wanton or reckless misconduct, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

43.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

44.    Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an enhanced amount sufficient to compensate him for the foregoing injuries and losses, together with attorneys' fees, interest, and costs.

## COUNT VI
**(Violation of N.H. R.S.A. 358-A - Shenzhen Tejiali Technology Co., Ltd.)**

45.    The plaintiff incorporates by reference each of the foregoing paragraphs.

46.    New Hampshire's Regulation of Business Practices for Consumer Protection, RSA Chapter 358-A, precludes unfair or deceptive acts or practices in the conduct of any trade or commerce within the State.

47.    Pursuant to RSA 358-A:10, any person injured by another's unlawful practice under RSA 358-A:2 may recover actual damages, and if the unlawful practice is a willful or knowing violation of RSA 358-A, a person is entitled to an award of as much as three (3), but not less than two (2) times, the amount of actual damages, as well as costs and reasonable attorney's fees.

48.    Shenzhen Tejiali Technology Co., Ltd. committed acts or practices in violation of RSA 358-A by: (a) marketing for sale, selling, and distributing a product intended for personal use that is not safe for personal use because it unexpectedly caused thermal injuries to a user under normal and expected use; and (b) failing to warn foreseeable users that the Tajarly Heated Insoles were not safe for their intended use.

49.    As a direct and proximate result of the defendant's unfair and deceptive practices, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

50.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

51.    Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, together with attorney's fees, interest and costs.

**COUNT VII**
**(Willful or Knowing Violation of N.H. R.S.A. 358-A - Double or Treble Damages - Shenzhen Tejiali Technology Co., Ltd.)**

52.    The plaintiff incorporates by reference each of the foregoing paragraphs.

53.    Shenzhen Tejiali Technology Co., Ltd. willfully or knowingly committed acts or practices in violation of RSA 358-A by: (a) marketing for sale, selling, and distributing a product intended for personal use when it knew that the product was not safe for personal use because it unexpectedly caused thermal injuries to a user under normal and expected use; and (b) failing to warn foreseeable users that the Tajarly Heated Insoles when it knew that they were not safe for their intended use.

54.    As a direct and proximate result of the defendant's willful or knowing unfair and deceptive practices, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

55.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of

enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

56.   Wherefore, the plaintiff demands judgment against Shenzhen Tejiali Technology Co., Ltd. in an amount sufficient to compensate him for the foregoing injuries and losses, doubled or trebled, and together with attorney's fees, interest and costs.

## COUNT VIII
### (Strict Liability - Amazon.com Services, LLC)

57.   The plaintiff incorporates by reference each of the foregoing paragraphs.

58.   At all times relevant, defendant Amazon.com Services, LLC was engaged in the business of selling and distributing Tajarly Heated Insoles, including the ones that caused Mr. Sharps' injuries.

59.   Defendant Amazon.com Services, LLC sold and distributed the Tajarly Heated Insoles that caused Mr. Sharps' injuries.

60.   The Tajarly Heated Insoles were sold in a defective and unreasonably dangerous condition in that they unexpectedly caused thermal injuries to a user under normal and expected use.

61.   As a direct and proximate result of the defective and unreasonably dangerous condition of the Tajarly Heated Insoles sold to Jamie Sharps, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he

was using the insole in a foreseeable manner on November 20, 2023.

62.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

63.    Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

## COUNT IX
### (Breach of Implied Warranty of Merchantability - Amazon.com Services, LLC)

64.    The plaintiff incorporates by reference each of the foregoing paragraphs.

65.    Amazon.com Services, LLC breached its implied warranty of merchantability by selling the Tajarly Heated Insoles which were unfit for their ordinary purposes in that they unexpectedly caused thermal injuries to a user under normal and expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

66.    As a direct and proximate result of the unfit condition of the Tajarly Heated Insoles, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

67.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

68.    Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

**COUNT X**
**(Breach of Implied Warranty of Fitness for**
**Particular Purpose - Amazon.com Services, LLC)**

69.    The plaintiff incorporates by reference each of the foregoing paragraphs.

70.    Amazon.com Services, LLC breached its implied warranty of fitness for a particular purpose by distributing or selling the Tajarly Heated Insoles to Mr. Sharps, which were unfit for the purposes for which they were required in that they unexpectedly caused thermal injuries to a user under normal and

expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

71.    As a direct and proximate result of the unfit condition of the Tajarly Heated Insoles, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

72.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

73.    Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

## COUNT XI
### (Negligence - Amazon.com Services, LLC)

74.    The plaintiff incorporates by reference each of the foregoing paragraphs.

75.    Amazon.com Services, LLC had a duty to use reasonable care to avoid distributing and selling the Tajarly Heated Insoles in an unreasonably

dangerous condition.

76.    Amazon.com Services, LLC breached this duty by distributing or selling the Tajarly Heated Insoles to Mr. Sharps when it knew or should have known that they were in a defective and unreasonably dangerous condition in that they unexpectedly caused thermal injuries to a user under normal and expected use and they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

77.    As a direct and proximate result of the defendant's breach, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

78.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

79.    Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, together with interest and costs.

## COUNT XII
### (Willful or Wanton Misconduct - Enhanced Damages - Amazon.com Services, LLC)

80.    The plaintiff incorporates by reference each of the foregoing paragraphs.

81.    Amazon.com Services, LLC had a duty to use reasonable care to avoid distributing and selling them in an unreasonably dangerous condition.

82.    Amazon.com Services, LLC breached this duty, and engaged in wanton or reckless misconduct, by distributing or selling the Tajarly Heated Insoles to Mr. Sharps when it knew that they unexpectedly caused thermal injuries to users under normal and expected use and that they otherwise failed to comply with the applicable standards for safe design, instruction, and warning intended to prevent harm to those using the insoles in a foreseeable manner.

83.    As a direct and proximate result of the defendant's wanton or reckless misconduct, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

84.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary

18

medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

85.   Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an enhanced amount sufficient to compensate him for the foregoing injuries and losses, together with attorneys' fees, interest, and costs.

## COUNT XIII
### (Violation of N.H. R.S.A. 358-A - Amazon.com Services, LLC)

86.   The plaintiff incorporates by reference each of the foregoing paragraphs.

87.   New Hampshire's Regulation of Business Practices for Consumer Protection, RSA Chapter 358-A, precludes unfair or deceptive acts or practices in the conduct of any trade or commerce within the State.

88.   Pursuant to RSA 358-A:10, any person injured by another's unlawful practice under RSA 358-A:2 may recover actual damages, and if the unlawful practice is a willful or knowing violation of RSA 358-A, a person is entitled to an award of as much as three (3), but not less than two (2) times, the amount of actual damages, as well as costs and reasonable attorney's fees.

89.   Amazon.com Services, LLC committed acts or practices in violation of RSA 358-A by: (a) marketing for sale, selling, and distributing a product intended for personal use that is not safe for personal use because it unexpectedly caused thermal injuries to a user under normal and expected use; and (b) failing to warn foreseeable users that the Tajarly Heated Insoles

were not safe for their intended use.

90.    As a direct and proximate result of the defendant's unfair and deceptive practices, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

91.    As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

92.    Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, together with attorney's fees, interest and costs.

**COUNT XIV**
**(Willful or Knowing Violation of N.H. R.S.A. 358-A - Double or Treble Damages - Amazon.com Services, LLC)**

93.    The plaintiff incorporates by reference each of the foregoing paragraphs.

94.    Amazon.com Services, LLC willfully or knowingly committed acts or practices in violation of RSA 358-A by: (a) marketing for sale, selling, and distributing a product intended for personal use when it knew that the product

was not safe for personal use because it unexpectedly caused thermal injuries to a user under normal and expected use; and (b) failing to warn foreseeable users that the Tajarly Heated Insoles when it knew that they were not safe for their intended use.

95.   As a direct and proximate result of the defendant's willful or knowing unfair and deceptive practices, an insole unexpectedly caused thermal injury to Mr. Sharps' right foot when he was using the insole in a foreseeable manner on November 20, 2023.

96.   As a further result, Mr. Sharps suffered and will continue to suffer extreme physical pain and emotional distress, he has been permanently impaired and disfigured, he has suffered and will continue to suffer a loss of enjoyment of life, he has incurred and will continue to incur extraordinary medical expenses and related costs, he has experienced lost earnings, and he has experienced a diminution in his future earning capacity.

97.   Wherefore, the plaintiff demands judgment against Amazon.com Services, LLC in an amount sufficient to compensate him for the foregoing injuries and losses, doubled or trebled, and together with attorney's fees, interest and costs.

**JURY TRIAL DEMAND**

98.   The plaintiff hereby demands a jury trial on all of the foregoing counts.

21

Respectfully submitted:

Jamie B. Sharps

By His Attorneys:

ABRAMSON, BROWN & DUGAN

DATED: February 2, 2024              By:  /s/ Jared R. Green
                                          Jared R. Green, Esquire
                                          NHBA No. 10000
                                          1819 Elm Street
                                          Manchester, NH 03014
                                          (603) 627-1819
                                          jgreen@arbd.com

DATED: February 2, 2024              By:  /s/ Elie A. Maalouf
                                          Elie A. Maalouf, Esquire
                                          NHBA No. 269650
                                          1819 Elm Street
                                          Manchester, NH 03014
                                          (603) 627-1819
                                          emaalouf@arbd.com

22